UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCOS CALCANO                                       :

              Plaintiff,                       :     ORDER

   -v.-                                                       :
                                                          22 Civ. 2182 (PAE) (GWG)
RICCO MARESCA CHELSEA, INC,                 :

             Defendants.                    :
------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     It appears the defendants in this matter are in default, either with respect to the First Amended Complaint or the Second Amended Complaint. Any application for a default judgment is returnable before Judge Engelmayer, shall comply with his Individual Practices, and shall be filed by November 16, 2022. In light of plaintiff's prior delay, the Court warns that if plaintiff fails to comply with this Order, this case may be dismissed for failure to prosecute.

     SO ORDERED.

Dated: October 27, 2022
       New York, New York

                                                                        GABRIEL W. GORENSTEIN
                                                                      United States Magistrate Judge